## JOSIAH BELLOWS AND DAVID STONE, SURVIVING PARTNERS OF THE FIRM OF RICHARD H. JONES & CO., *versus* JOHN W. BURNETT

JOURNAL ENTRIES (1818–21): *Journal 2:* (1) Leave to file warrant of attorney *p. 594; (2) recognizance *p. 596; (3) continued *p. 675. *Journal 3:* (4) Cognovit, judgment *p. 206.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) bail bond; (4) warrant of attorney; (5) declaration; (6) warrant to confess judgment.
*Office Docket*, MS p. 69, c. 1. Recorded in *Book A*, MS pp. 151–55.